MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
BENJAMIN D. SEAL
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 2 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

1:16-CR-2049-SAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | Ct 1: 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine |
| vs. | Ct. 2: 18 U.S.C. § 924(c)(1)(A) – Possession of Firearm in Furtherance of Drug Trafficking Crime |
| JOSE ENRIQUE ESTRADA, | Ct. 3: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm |
| Defendant. | Notice of Forfeiture - Controlled Subst. Viol. |
| | Notice of Firearm Forfeiture |

The Grand Jury charges:

## COUNT 1

That on or about June 4, 2016, in the Eastern District of Washington, the Defendant, JOSE ENRIQUE ESTRADA, did knowingly and intentionally possess with intent to distribute fifty grams or more of actual methamphetamine, a

INDICTMENT 1

Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about June 4, 2016, in the Eastern District of Washington, Defendant JOSE ENRIQUE ESTRADA knowingly possessed a firearm, to wit: a Beretta Model 21A .22 caliber pistol, bearing serial number DAA341352, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute methamphetamine; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

On or about June 4, 2016, in the Eastern District of Washington, the Defendant, JOSE ENRIQUE ESTRADA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Beretta Model 21A .22 caliber pistol, bearing serial number DAA341352, which had been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Section 922(g)(1) and 924.

# NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

## Controlled Substance Violations

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841, the Defendant, JOSE ENRIQUE ESTRADA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

## NOTICE OF FORFEITURE (FIREARM)

The allegations contained in Counts 2 and 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense of unlawful possession of a firearm in violation of Title 18, United States Code, Section 924(c)(1)(A), as charged in Count 2 of this Indictment, and in violation of Title 18, United States Code, Section 922(g)(1), as charged in Count 3 of this Indictment, Defendant JOSE ENRIQUE ESTRADA shall forfeit to the United States of America, pursuant to Title 18, United States Code, 924(d)(1) and Title 28, United States Code, Section 2461(c), the property that was involved in the commission of the offenses charged in Counts 2 and 3, specifically: a Beretta Model 21A .22 caliber pistol, bearing serial number DAA341352.

DATED: July 12, 2016

A TRUE BILL

_____
Foreperson

MICHAEL C. ORMSBY
United States Attorney

*[signature]*

THOMAS J. HANLON
Supervisory Assistant United States Attorney

*[signature]*

BENJAMIN D. SEAL
Assistant United States Attorney

INDICTMENT 5