PENALTY SLIP

**NAME:** JOSE ENRIQUE ESTRADA

**NUMBER OF COUNTS:** 3

Count 1: 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine

Penalty: CAG 10 years to life, $10,000,000 fine, or both, NLT 5 years supervised release, denial of certain federal benefits, and a $100.00 special assessment.

Count 2: 18 U.S.C. § 924(c)(1)(A) – Possession of Firearm in Furtherance of Drug Trafficking Crime

Penalty: Mandatory minimum of 5 years and a maximum of life imprisonment consecutive to the underlying drug charge, $250,000 fine, or both; 3 years supervised release; a $100.00 special assessment

Count 3: 18 U.S.C. § 922(g) – Felon in Possession of a Firearm

Penalty: CAG up to 10 years, $250,000 fine, or both; 3 years supervised release; a $100.00 special assessment

Notice of Criminal Forfeiture

Case No. 1:16-CR-2049-SAB-1

USA Initials: BDS