# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Jose Enrique Estrada | Docket No. | 0980 1:16CR2049-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jose Enrique Estrada, who was placed under pretrial release supervision by the Honorable U.S. District Court Judge Stanley A. Bastian sitting in the court at Yakima, Washington, on the 19th day of October 2016 under the following condition:

**Condition #6:**  Participate in the GPS Monitoring program. Defendant shall remain at the Union Gospel Mission at all times except for: attorney visits, court appearances, case-related matters, court-ordered obligations, employment, employment-related searches, housing-related searches or other specific activities on specific dates as may be pre-approved by the Pretrial Services Office or the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:**  Deviating from his approved leave while on the location monitoring program, by going to the Yakima Valley Mall without permission on November 15, 2016.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   November 25, 2016

by   s/Linda Leavitt

Linda Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[xx]  No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/28/2016

Date