UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSE ENRIQUE ESTRADA,<br><br>   Defendant. | No. 1:16-cr-2049-SAB<br><br>**ORDER GRANTING UNCONTESTED MOTION TO MODIFY CONDITIONS OF RELEASE** |

  Before the Court is Defendant's Uncontested Motion to Modify Conditions of Release, ECF No. 60, and a related motion to expedite, ECF No. 61. Defendant, the government, and U.S. Probation all agree that Defendant no longer requires GPS tracking to assure his appearance before the Court, as statute requires. 18 U.S.C. § 3142.

  The Court is encouraged by Defendant's successes during his pretrial release. In particular, Mr. Estrada is to be congratulated on securing full-time employment, engaging with the community, completing his substance abuse evaluation, and on moving into clean and sober housing. The Court is also pleased with the progress Mr. Estrada has made in restoring his parental rights. Given the above, the Court **GRANTS** the motion.

//

//

ORDER GRANTING UNCONTESTED MOTION TO MODIFY . . . ^ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Uncontested Motion to Modify Conditions of Release, ECF No. 60, is **GRANTED.** Defendant is no longer subject to Special Condition #6 of his pretrial release order. All other conditions remain in full force and effect.

2. Defendant's Motion to Expedite, ECF No. 61, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 2nd day of December, 2016.



Stanley A. Bastian
United States District Judge

ORDER GRANTING UNCONTESTED MOTION TO MODIFY . . . ^ 2