UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>JOSE ENRIQUE ESTRADA,<br>    Defendant. | No. 1:16-cr-2049-SAB<br><br>**ORDER GRANTING UNCONTESTED MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court is Defendant's Uncontested Motion to Modify Conditions of Release, ECF No. 63, and a related motion to expedite, ECF No. 64. Defendant, the Government, and U.S. Probation all agree that daily reporting to the U.S. Probation Office is no longer necessary to ensure Defendant's appearance at court hearings or to reasonably protect the safety of the community. The parties request, instead, a monthly reporting requirement, either by telephone or in person.

The Court continues to be encouraged by Defendant's successes during his pretrial release. Accordingly, the Court **GRANTS** the uncontested motion to modify conditions of release.

//

//

//

//

ORDER GRANTING UNCONTESTED MOTION TO MODIFY . . . ^ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Uncontested Motion to Modify Conditions of Release, ECF No. 63, is **GRANTED.**

2. Special Condition No. 4 is modified to read: "Report to the U.S. Pretrial Services office monthly via telephone or in person, as directed by the supervising officer."

3. All other conditions remain in full force and effect.

4. Defendant's Motion to Expedite, ECF No. 64, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 20th day of December, 2016.



Stanley A. Bastian
United States District Judge

ORDER GRANTING UNCONTESTED MOTION TO MODIFY . . . ^ 2