Alison K. Guernsey
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Jose Enrique Estrada

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Jose Enrique Estrada,<br><br>              Defendant. | No. 1:16-CR-2049-SAB<br><br>**Speedy Trial Waiver** |

I have been advised of my right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from February 27, 2017 to a date not later than October 2, 2017. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

Speedy Trial Waiver: 1

_[signature]_
Defendant
Date: 1/20/2017

_[signature: Alison K. Guernsey]_
Counsel for Defendant
Date: 1/20/2017

Dated:

By s/ Alison K. Guernsey
   Alison K. Guernsey
   4667366, NY
   Federal Defenders of Eastern
   Washington and Idaho
   306 East Chestnut Avenue
   Yakima, Washington 98901
   (509) 248-8920
   (509) 248-9118 fax
   Alison_Guernsey@fd.org

Speedy Trial Waiver: 2

## Certificate of Service

I hereby certify that on January 25, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Benjamin D. Seal, Assistant United States Attorney.

s/ Alison K. Guernsey
Alison K. Guernsey