✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2017

SEAN F. MCAVOY, CLERK

U.S.A. vs.     Jose Enrique Estrada     Docket No.     0980 1:16CR2049-SAB-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jose Enrique Estrada, who was placed under pretrial release supervision by the Honorable U.S. District Court Judge Stanley A. Bastian sitting in the court at Yakima, Washington, on the 19th day of October 2016, under the following condition:

Condition #14: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether the defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Consuming controlled substance, methamphetamine, on or about July 3, 2017.
Violation #2: Consuming controlled substances, morphine and methamphetamine, on or about July 5, 2017.
Violation #3: Consuming non-prescribed opiates, on or about July 10, 2017.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     July 31, 2017

by     s/Linda Leavitt

Linda Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

July 31, 2017
Date