for ⬥ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 22 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| U.S.A. vs. | Estrada, Jose Enrique | Docket No. | 1:16CR02049-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jose Enrique Estrada, who was placed under pretrial release supervision by the Honorable U.S. District Judge Stanley A. Bastian, sitting in the Court at Yakima, Washington, on the 19th day of October 2016, under the following conditions:

**Modified Condition #9:** Submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office.

**Modified Condition#14:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether the defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Estrada failed to report for random drug testing on four occasions.

**Violation #2:** The defendant tested positive for the presence of morphine on November 16, 2017.

**Violation #3:** The defendant tested positive for the presence of morphine on December 14, 2017.

PRAYING THAT THE COURT WILL ISSUE A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 22, 2017

by s/Erik Carlson

Erik Carlson

U.S. Pretrial Services Officer

PS-8
Re: **Estrada, Jose Enrique**
December 22, 2017
Page 2

THE COURT ORDERS

[ ] No Action

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ] Defendant to appear before the Judge assigned to the case.

[ ] Defendant to appear before the Magistrate Judge.

[ ] Other

*James P. Hutton*
Signature of Judicial Officer

12/22/2017
Date