# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2018

SEAN F. McAVOY, CLERK

U.S.A. vs.     Estrada, Jose Enrique     Docket No.     1:16CR02049-SAB-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jose Enrique Estrada, who was placed under pretrial release supervision by the Honorable U.S. District Judge Stanley A. Bastian, sitting in the Court at Yakima, Washington, on the 19th day of October 2016, under the following conditions:

**Modified Condition #9:** Submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office.

**Modified Condition#14:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether the defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant failed to report for random drug testing on February 5, 2018.

**Violation #2:** The defendant tested presumptively positive for the presence of opiates and marijuana on February 9, 2018.

PRAYING THAT THE COURT WILL TAKE NO ACTION AND HOLD THE ALLEGED VIOLATIONS IN ABEYANCE

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: 02/12/2018 |
| by | s/Erik Carlson |
| | Erik Carlson |
| | U.S. Pretrial Services Officer |

THE COURT ORDERS

[XX]  No Action

[ ]   The Issuance of a Warrant

[ ]   The Issuance of a Summons

[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[ ]   Defendant to appear before the Magistrate Judge.

[ ]   Other

*Stanley A. Bastian*
Signature of Judicial Officer

2/12/2018
Date