PROB 12C
(6/16)

Report Date:  March 27, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 02, 2018**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Enrique Estrada              Case Number: 0980 1:16CR02049-SAB-1

Address of Offender:                           Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 12, 2018

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)© |

| | | |
|---|---|---|
| Original Sentence: | Prison 1 day;<br>TSR - 36 day | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: February 12, 2018 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: February 11, 2021 |

## PETITIONING THE COURT

To issue a **warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangement (such as the people you live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of the change or expected change. |

**Supporting Evidence**: On February 28, 2018, Jose Estrada signed his judgment for case number 1:16CR02049-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Estrada was made aware by his U.S. probation officer that he must notify the probation officer within 72 hours of becoming aware of the changes to his living situation.

Jose Estrada failed to report changes in his living situation to his U.S. probation officer since on or about March 19, 2018.

On March 13, 2018, the undersigned officer attempted to make contact with the offender at his listed residence due to Mr. Estrada failing to return my telephone calls and/or text messages.  There was no answer at the door and the undersigned officer left a card wedged

Prob12C
**Re: Estrada, Jose Enrique**
**March 27, 2018**
**Page 2**

in the door.

On March 26, 2018, the undersigned made another attempt to locate Mr. Estrada at his listed residence to address his numerous violation behaviors. A woman answered the door and stated the residence is now a sober living residence for women. She stated no men live at the residence. She also stated she did not know Mr. Estrada. She indicated the landlord removed all the men from the house about 2 weeks prior. Mr. Estrada failed to notify his U.S. probation officer of any changes to his living situation.

As of the date of this petition, Mr. Estrada's whereabouts are unknown to the U.S. Probation Office.

2          <u>**Special Condition # 17**</u>: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

<u>**Supporting Evidence**</u>: On February 28, 2018, Jose Estrada signed his judgment for case number 1:16CR02049-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Estrada was made aware by his U.S. probation officer that he must undergo a substance abuse evaluation and successfully complete an approved substance abuse program if recommended.

Jose Estrada has failed to complete an approved substance abuse program as directed. Mr. Estrada was terminated from chemical dependency treatment on or about March 21, 2018, due to lack of attendance.

Jose Estrada failed to attend all treatment dates during the month of March 2018, with the exception of March 16, 2018. The offender notified the undersigned officer he was in Moses Lake, on March 7, and 8, 2018, and was unable to make it to treatment due to car trouble. Mr. Estrada has failed to contact the undersigned officer or his treatment provider regarding the other missed treatment dates. Mr. Estrada was terminated from chemical dependency treatment due to lack of attendance.

3          <u>**Special Condition # 18**</u>: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

<u>**Supporting Evidence**</u>: On February 28, 2018, Jose Estrada signed his judgment for case number 1:16CR02049-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Estrada was made aware by his U.S. probation officer that he must report as directed for urinalysis testing.

Jose Estrada failed to report as directed for urine testing on March 7 and 19, 2018. Attempts to contact the offender to address the missed testing dates have gone unreturned.

**Prob12C**
**Re: Estrada, Jose Enrique**
**March 27, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/27/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[XX]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

April 2, 2018

Date