PROB 12C
(6/16)

Report Date: January 29, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2021

SEAN F. MCAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jose Enrique Estrada | Case Number: 0980 1:16CR02049-SAB-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: February 12, 2018 | |
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)© |
| Original Sentence: Prison - 1 day<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation sentence:<br>(September 12, 2018) Prison - 4 months<br>TSR -32 months | |
| Asst. U.S. Attorney:  Benjamin David Seal | Date Supervision Commenced: December 22, 2018 |
| Defense Attorney:  David K. Fletcher | Date Supervision Expires: August 21, 2021 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged on November 26, 2020, Mr. Estrada violated the terms of his supervised release by committing the offense of third degree driving while license suspended, a direct violation of mandatory condition number 1.<br><br>On December 26, 2018, Jose Estrada signed his judgment for case number 1:16CR02049-SAB-1, indicating he understood all conditions ordered by the Court.<br><br>On November 26, 2020, per Spokane County Sheriff's Office report 2010156246, Mr. Estrada was cited and released for third degree driving while license suspended. It should be noted, Spokane County has yet to file charges in respect to this matter. |
| 2 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

Prob12C
**Re: Estrada, Jose Enrique**
**January 29, 2021**
**Page 2**

**Supporting Evidence**: It is alleged Mr. Estrada violated the terms of his supervised release by failing to report to the undersigned officer via telephone, as instructed, on December 30, 2020, and on January 6 and 14, 2021, a direct violation of standard condition number 2.

On December 26, 2018, Jose Estrada signed his judgment for case number 1:16CR02049-SAB-1, indicating he understood all conditions ordered by the Court.

Due to Mr. Estrada failing to report to the undersigned via telephone as instructed on December 30, 2020, and January 6, 2021, the undersigned and another U.S. probation officer contacted Mr. Estrada at his residence on January 13, 2021. Mr. Estrada appeared to be very emotional, and he reported he was facing a lot of issues in his life, in which the undersigned expressed empathy toward his situation. The undersigned also reminded him of his obligation to communicate and report as instructed, as he had failed to contact the undersigned as instructed and/or return phone calls and text messages. Mr. Estrada then went on a belligerent tangent stating to the effect he would rather do a term of imprisonment than continue on supervised release. The undersigned attempted to change Mr. Estrada's mind about this, without success. He was directed to provide a urinalysis on January 14, 2021, and to call the undersigned once he completed the urinalysis.

On January 14, 2021, Mr. Estrada sent a text message to the undersigned apologizing for his behavior on January 13, 2021, and stated he would call after he completed his urinalysis. The undersigned responded to the text message accepting the apology and stated he looked forward to speaking with him about the matter after he completed his urinalysis. Mr. Estrada failed to provide a urinalysis on January 14, 2021, and he failed to report via telephone to the undersigned via telephone, as directed. The undersigned has attempted to contact Mr. Estrada and his collateral contacts since January 14, 2021, without success, and he appears to be evading supervision.

3   **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Estrada violated the terms of his supervised release by failing to provide a urinalysis, as directed, on January 14, 2021, a direct violation of special condition number 5.

On December 26, 2018, Jose Estrada signed his judgment for case number 1:16CR02049-SAB-1, indicating he understood all conditions ordered by the Court.

On January 13, 2021, the undersigned directed Mr. Estrada to provide a urinalysis on January 14, 2021, at Pioneer Human Services (PHS). It should also be noted, a text message reminder was also sent to Mr. Estrada on January 14, 2021, of the directive to provide a urinalysis on that date. Per PHS, Mr. Estrada was a "no show" for his urinalysis on January 14, 2021.

4   **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Estrada, Jose Enrique**
**January 29, 2021**
Page 3

**Supporting Evidence**: It is alleged Mr. Estrada violated the terms of his supervised release by failing to provide a urinalysis as directed on January 19, 2021, a direct violation of special condition number 5.

On December 26, 2018, Jose Estrada signed his judgment for case number 1:16CR02049-SAB-1, indicating he understood all conditions ordered by the Court.

In response to Mr. Estrada failing to provide a urinalysis on January 14, 2021, Mr. Estrada was sent a text message at 7:14 a.m on January 19, 2021, directing him to provide a urinalysis at PHS on that date. Per PHS, Mr. Estrada was a "no show" for his urinalysis on January 19, 2021.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/29/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/29/2021
Date