PROB 12C
(6/16)

Report Date: May 24, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jose Enrique Estrada | Case Number: 0980 1:16CR02049-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 12, 2018

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(c) | |
| Original Sentence: | Prison - 1 day<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation sentence:<br>(September 12, 2018) | Prison - 4 months<br>TSR -32 months | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: December 22, 2018 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: August 21, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/29/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Estrada violated the terms of his supervised release by using methamphetamine on or about May 12, 2021.

On December 26, 2018, Jose Estrada signed his judgment for case number 1:16CR02049-SAB-1, indicating he understood all conditions ordered by the Court.

In response to Mr. Estrada failing to report for his random urinalysis on May 13, 2021, he was directed to report to the U.S. Probation Office on May 14, 2021. On May 14, 2021, Mr. Estrada provided a urinalysis that tested presumptive positive for methamphetamine, in which he denied using methamphetamine, and thus the sample was sent to the laboratory for confirmation. On May 24, 2021, the undersigned received the laboratory report for the aforementioned sample, in which it was confirmed positive for methamphetamine.

Prob12C
Re: Estrada, Jose Enrique
May 24, 2021
Page 2

Thereafter, the undersigned spoke with Mr. Estrada, in which he then informed the undersigned he drank out of a beverage that contained methamphetamine on May 12, 2021. Mr. Estrada informed the undersigned that prior to drinking out of the aforementioned beverage he was unaware that someone had put methamphetamine in it.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/24/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/25/2021

Date